```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Wells Fargo Special Risks, Inc.

    v.                              Civil No. 12-cv-00223-JL

John G. Gray, et al.

## **PROCEDURAL ORDER**

The Preliminary Pretrial Conference currently scheduled for **January 4, 2013 at 2:00 p.m.** will include a substantive, meaningful discussion of the parties' claims and defenses. Counsel are expected to be prepared to engage in an open, cooperative discussion in good faith.  Counsel are reminded of the obligations imposed by Fed. R. Civ. P. 11(b)(3) and (4), and should be prepared to explain the factual basis underlying any claims or defenses they have pleaded.

Each party shall be represented at the Preliminary Pretrial Conference by counsel authorized to bind the party on all matters.

To the extent that the substance of this order constitutes a departure from the customary Preliminary Pretrial practice to which counsel are accustomed, the court apologizes for the short notice, and will bear this in mind at the conference.

**SO ORDERED.**

                                              _____
                                              Joseph N. Laplante
                                              United States District Judge

Dated:   December 28, 2013

cc:   John M. McKelway, Jr., Esq.
      David Himelfarb, Esq.
      Charles F. Gfeller, Esq.
      Mark B. Seiger, Esq.
      Robert D. Laurie, Esq.