```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF NEW HAMPSHIRE
```

Wells Fargo Special Risks, Inc.

    v.                                        Civil No. 12-cv-223-JL

John G. Gray, G & A Insurance, Inc.,
and Jeffrey D. Gray


### ORDER AFTER PRELIMINARY
### PRETRIAL CONFERENCE

The Preliminary Pretrial Conference was held in chambers on **January 31, 2013.**

Based upon the discussion between court and counsel at the conference, the parties' joint motion to stay discovery (document no. 12) is GRANTED.  Pursuant to that motion, the following deadlines shall apply:

- On or before **March 15, 2013,** defendants shall file a Rule 12(c) motion for judgment on the pleadings setting forth their legal argument in support of their interpretation of ¶ 5(a) of defendant John Gray's employment agreement.  In accordance with L.R. 7.1(a)(3), the memorandum in support of defendants' motion shall not exceed twenty-five (25) pages.

- On or before **April 1, 2013,** plaintiff shall file a joint opposition to defendants' motion/cross-motion for judgment on the pleadings.  The memorandum in support of plaintiff's opposition/cross-motion shall not exceed twenty-five (25) pages.

- On or before **April 15, 2013,** defendants may file a joint reply/opposition, which shall not exceed ten (10) pages.

- On or before **May 1, 2013,** plaintiff may file a joint sur-reply/reply, which shall not exceed ten (10) pages.

The discovery plan (document no. 24) is STRICKEN.  All discovery is stayed pending the court's resolution of the parties' cross-motions for judgment on the pleadings.  Within fourteen (14) days of the court's ruling on those motions, the parties shall submit a new proposed discovery plan.  In formulating their proposal, the parties shall ensure that (a) the deadline for summary judgment motions falls on or after the close of discovery; and (b) the summary judgment deadline falls at least 120 days before the final pretrial conference.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated:  February 1, 2013

cc:   John M. McKelway, Jr., Esq.
      David Himelfarb, Esq.
      Charles F. Gfeller, Esq.
      Mark B. Seiger, Esq.
      Robert D. Laurie, Esq.